IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADAM FRIED, Admin., et al<br><br>　　Plaintiffs<br><br><br>-vs-<br><br><br>CITY OF STRONGSVILLE, OHIO, et al.<br><br><br><br>　　Defendants | CASE NO. 1:18-CV-00139<br><br><br>JUDGE PATRICIA A. GAUGHAN<br><br><br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE DECLARATION AND EXPERT REPORT UNDER SEAL |

　　Plaintiffs respectfully request leave to file under seal a declaration by Plaintiffs' expert, Sandra McPherson that attests to Plaintiffs' psychological and emotional injuries.  This matter involves civil rights and related state-law tort claims brought on behalf of Plaintiffs.  Plaintiffs include three minor children.  Plaintiffs seek to present the declaration and report as part of Plaintiffs' opposition to Defendant's motion for summary judgment—ECF # 37.

　　Plaintiffs' opposition brief itself does not identify the minors and therefore will not need to be filed under seal.  Plaintiffs' counsel has discussed this issue with defense counsel.  Defense counsel is not opposed to filing the declaration under seal.

　　Wherefore, Plaintiffs respectfully request that this Court enter an order permitting Plaintiffs to file the declaration under seal.

1

Respectfully submitted,

| | |
|---|---|
| s/Joseph F. Scott | s/Marcus Sidoti |
| JOSEPH F. SCOTT (0029780) | MARCUS SIDOTI (0077476) |
| Scott & Winters | Jordan & Sidoti, LLP |
| The Caxton Building | The Terminal Tower |
| 812 Huron Road E., Suite 490 | 55 Public Square, Suite 1900 |
| Cleveland, OH  44115 | Cleveland, OH  44113-2205 |
| 216-650-3318 | 440-227-1384 |
| jscott@ohiowagelawyers.com | marcus@jordansidoti.com |
| Attorney for Plaintiffs | Attorney for Plaintiff |
| Amanda Pauley, Individually | Adam Fried, Admin. of the |
| And as Parent and Next Friend of | Estate of Roy Evans, *Deceased* |
| D. C., Y. E.. and | |
| R. E. | |

## PROOF OF SERVICE

I hereby certify that on January 4, 2019, a copy of the foregoing  was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*s/Joseph F. Scott*_____
JOSEPH F. SCOTT (0029780)