CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| ADAM FRIED, et al., Plaintiff(s), vs. CITY OF STRONGSVILLE, OHIO et al., Defendant(s). | JUDGE PATRICIA A. GAUGHAN |
|---|---|
| | DATE: MARCH 7, 2019 |
| | CASE NUMBER: 1:18CV139 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: Settlement Conference |

Settlement Conference was held.  Case is settled and dismissed with prejudice.  The parties will bear their own costs.  The Court retains jurisdiction over the settlement which must be approved by Probate Court..

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
CHIEF JUDGE

3.5 hrs.